In the Matter of the Claim of MAE BETTINGER, Respondent, against FEDERAL CONCRETE Co., INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 1, 1935; decided October 15, 1935.)

*Frank L. Ward* for Federal Concrete Co., Inc., and Ætna Life Insurance Company, appellants.

*J. H. Dominick* for Forrest S. Hart & Son, Inc., appellant.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.